**Order entered June 28, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01449-CV

## JOAN L. GILLHAM, Appellant

## V.

## ANGELINA SANCHEZ, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00889**

## ORDER

Before the Court is appellant's June 26, 2018 third unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 9, 2018.

/s/    DAVID EVANS
       JUSTICE